**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-384**

| | |
|---|---|
| KEITHA REEP, Personal Representative of the Estate of ALLISON JEANENE CARPENTER, Deceased, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES PENDERGRAPH, Former Sheriff of Mecklenburg County, in his official capacities, )<br>MECKLENBURG COUNTY SHERIFF'S )<br>OFFICE, Mecklenburg County Deputy Sheriff )<br>RONN HILL, Mecklenburg County Detention )<br>Officers V. WILLIAMS-FOLK, LARRY )<br>HOUPE, B. MORRISON, and DETENTION )<br>OFFICER DOES 1-3, in their official capacities, )<br>PRISON HEALTH SERVICES, INC., and )<br>ANTHONY SEARLES, M.D. in his individual )<br>and official capacities, PHS NURSE DOES 1-4, )<br>and PEERLESS INSURANCE COMPANY, )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS CAUSE** coming on to be heard and being heard before the undersigned Magistrate Judge of the United States District Court for the Western District of North Carolina upon the Motion of Frank B. Aycock, III for authority to appear in this action without his having an individual ECF account with the Court. It appears to the Court that there is good cause to allow the Motion.

**NOW, THEREFORE, IT IS ORDERED** that Frank B. Aycock, III is authorized to appear in this action without having an ECF account; that Mr. Aycock will appear as co-counsel with Robert S. Adden, Jr., who will file documents using the ECF System; and that service of documents through the ECF System on Mr. Adden will constitute service of documents on Mr. Aycock.

**SO ORDERED**.   Signed: September 24, 2009

David S. Cayer
United States Magistrate Judge