IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-384-RJC-DSC

| | |
|---|---|
| KEITHA REEP, Personal Representative of the Estate of ALLISON JEANENE CARPENTER, deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| JAMES PENDERGRAPH, Former Sheriff of Mecklenburg County, in his official capacities, MECKLENBURG COUNTY SHERIFF'S OFFICE, Mecklenburg County Deputy Sheriff RONN HILL, Mecklenburg County Detention Officers V. WILLIAMS-FOLK, LARRY HOUPE, B. MORRISON, and DETENTION OFFICER DOES 1-3, in their official capacities, PRISON HEALTH SERVICES, INC., and ANTHONY SEARLES, M.D. in his individual and official capacities, PHS NURSE DOES 1-4, and THE OHIO CASUALTY INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER DIRECTING REMOVAL
## OF
## PLAINTIFF'S EXPERT REPORT
## FROM
## COURT'S FILE AND PACER WEBSITE

This matter coming on before the undersigned upon the Defendants' Motion for Removal of Plaintiff's Expert Report from the Court's File and Pacer Website. It appears to the Court from the Motion that the Plaintiff does not object to the Motion. It further appears to the Court that the Plaintiff's Expert Report, Document # 24, 24-1, 24-2 and 24-3, was not appropriate for filing since it was discovery

material.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Defendants' Motion for Removal of Plaintiff's Expert Report from the Court's File and Pacer Website is hereby GRANTED and that the Clerk of Court is hereby directed to remove from the Court's file and PACER Website the report of Joel Goodman, Document No. 24, including the report's attached appendixes (Document 24-1, 24-2, and 24-3) filed on June 1, 2010.

So Ordered

Signed: September 8, 2010

David S. Cayer
United States Magistrate Judge